NO. 07-06-0042-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 27, 2006
_____

Ex parte WILLIAM H. HILL
_____

FROM THE 154th DISTRICT COURT OF LAMB COUNTY;

NO. 16,768; HON. FELIX KLEIN, PRESIDING
_____

***Order of Dismissal***
_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

Pending before the court is the appeal of William H. Hill from an order dismissing his petition for writ of habeas corpus. The order dismissing the petition was signed on December 28, 2005. Hill did not mail or otherwise file his notice of appeal from the order until January 30, 2006. By rule of procedure, Hill was obligated to file his notice of appeal within 30 days of the date the trial court dismissed his petition. TEX. R. APP. P. 26.2(a)(1).[1] Because he did not, we notified him, by letter dated March 13, 2006, of the circumstance and directed that he provide us with any documents considered necessary "for the Court to determine its appellate jurisdiction." Though he responded to our March 13th letter, he did so not by explaining why this court had jurisdiction over his appeal or by attempting to

_____

[1]The record before us does not disclose that Hill timely moved for new trial. Nor does Hill contend that he did.

justify the belatedness of his notice.  Instead, he purported to address the merits of his claims.

Hill having failed to timely file his notice of appeal, we have no jurisdiction over the matter and dismiss it on that ground.

Per Curiam

Do not publish.